IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT EARL ROYSTER,**

    **Plaintiff,**

vs.                                        Case No. 3:10cv29/MCR/MD

**SHERIFF DAVID MORGAN, et al.,**

    **Defendants.**
_____/

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on May 20, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's § 1983 claims against Sheriff Morgan and plaintiff's conspiracy claims against Deputy Clanton and Daryl Royster are dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii).

3. Plaintiff's damages claims against Deputy Clanton arising from his alleged false arrest are dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) and the clerk is directed to close the file.

DONE AND ORDERED this 26th day of July, 2010.

                                                    *s/ M. Casey Rodgers*
                                                   **M. CASEY RODGERS**
                                                   **UNITED STATES DISTRICT JUDGE**